DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACOB A. SCHILLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2583

[March 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Francis Viamontes, Judge; L.T. Case No. 24-010998-CF-10A.

Daniel Eisinger, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, SHEPHERD, and LOTT, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***